

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-20-00066-CV

_____

CEDRIC LAVON BILLUPS SR. AND DONNA MARIE BILLUPS, Appellants

V.

ARBELAEZ INVESTMENTS, LLC, Appellee

---

On Appeal from County Court at Law No. 1
Tarrant County, Texas
Trial Court No. 2019-002120-1

---

Before Sudderth, C.J.; Kerr and Birdwell, JJ.
Memorandum Opinion by Justice Kerr

## MEMORANDUM OPINION

In this forcible-detainer case, appellants and bankruptcy debtors Cedric and Donna Billups attempt to appeal from the United States Bankruptcy Court's order terminating the automatic bankruptcy stay to allow appellee Arbelaez Investments, LLC to enforce the county court at law's writ of possession and take possession of the property.[1]

Because the bankruptcy-court order did not appear to be an order appealable to this court, we wrote to the Billupses expressing our concern that we thus lacked jurisdiction over this appeal. We warned that we could dismiss the appeal for want of jurisdiction unless, within ten days, the Billupses filed a response showing grounds for continuing it. *See* Tex. R. App. P. 42.3(a), 44.3. The Billupses have filed a response, but it does not show grounds for continuing the appeal.

This court does not have jurisdiction over an appeal from a federal bankruptcy court order. *See* Tex. Const. art. V, § 6(a); Tex. Gov't Code Ann. § 22.220(a); *Cuellar v. Livingston*, No. 03-13-00304-CV, 2013 WL 4516142, at *1 (Tex. App.—Austin Aug. 22, 2013, no pet.) (mem. op.) ("We may only exercise jurisdiction over causes that arise out of the State-level district or county courts within our district and are without

---

[1]The Billupses filed for bankruptcy just over a month after the county court at law signed the judgment of possession. *See* Chapter 13 Voluntary Petition, *In re Billups*, No. 19-45049-elm13 (Bankr. N.D. Tex. Dec. 11, 2019), ECF No. 1.

jurisdiction over the federal courts."). Accordingly, we dismiss the Billupses' appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a), 43.2(f).

/s/ Elizabeth Kerr
Elizabeth Kerr
Justice

Delivered: April 30, 2020